# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Charles Radcliffe

                Plaintiff(s),

v.

United States Government

                Defendant.

To:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00586
Assigned To : Friedman, Paul L.
Assign. Date : 03/26/2007
Description: RADCLIFFE v. USA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Charles Radcliffe
8681 E Duke Place
Denver, CO 80231
303-695-7697

RECEIVED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

by _____
Deputy Clerk

MAR 2 6 2007
Date

Page 2

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _____ 4/09/07 . The cost of the mailing is $ 8.30

Certified mail # 7006-2760-0003-2397-6732

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street,
NW Washington, DC 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Sheilon Myer_
Signature

_19 Apr 07_
Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emity Puken_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   APR 0 9 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
   Civil Process Clerk
   Alberto Gonzales
   U.S. Atty General
   950 Pennsylvania Ave.
   Washington, DC 20530

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0003 2397 6725

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emity Puken_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   APR 0 9 2007
C. Date of Delivery   2:07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
   Civil Process Clerk
   Jeffrey A Taylor
   U.S. Attorney
   5808 A Judiciary Center Bldg.
   555 Fourth St, NW
   Washington, DC 20001

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0003 2397 6732

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540