## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES RADCLIFFE,                )
                                  )
            Plaintiff,            )  No. 1:07-cv-00586 (PLF)
                                  )
      v.                          )
                                  )
UNITED STATES,                    )
                                  )
            Defendant.            )

### NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:        June 4, 2007

                              Respectfully submitted,


                               /s/ Beatriz T. Saiz
                              BEATRIZ T. SAIZ
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Washington, D.C.  20044
                              Telephone:  (202) 307-6585


OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served

upon the following individual(s) on June 4, 2007, by sending a copy by First Class mail,

postage prepaid, addressed as follows:

Charles Radcliffe
8681 E. Duke Place
Denver, CO 80231

<u>/s/ Beatriz T. Saiz</u>
BEATRIZ T. SAIZ