**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Charles Radcliffe<br>　　　Plaintiff(s), | Case No.<br>1:07-cv-0586 RJL |
| v. | REQUEST FOR CLERKS ENTRY OF DEFAULT |
| United States<br>　　　Defendant. | |

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney an amended complaint on June 4, 2007.

4. The Rules of Civil Procedure allow defendant eleven (11) days from service thereon to respond/defendant against the amended complaint..

5. The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

6. The record shows that defendant failed to respond within eleven (11) days of service thereon.

Wherefore, plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated _June 26_, 2007

_____
Charles Radcliffe