UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 6 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **CHARLES RADCLIFFE,** | ) |
| Plaintiff, | ) |
| v. | ) No. 07cv586 (RJL) |
| **UNITED STATES,** | ) |
| Defendant. | ) |

## FINAL ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 2nd day of November 2007, hereby

**ORDERED** that [#8] defendant's motion to dismiss is GRANTED and it is further

**ORDERED** that [#10] plaintiff's motion to amend the complaint is DENIED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge